UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDYN GAYLER,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>HIGH DESERT STATE PRISON, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 2:17-cv-02429-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Defendant filed its Answer (ECF No. 27) on February 12, 2019. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 16, 2019** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

Dated this 2nd day of August, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1