1  ADAM PAUL LAXALT
   Nevada Attorney General
2  Katlyn M. Brady (Bar No. 14173)
   Deputy Attorney General
3  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
4  Las Vegas, NV 89101
   (702) 486-0661 (phone)
5  (702) 486-3773 (fax)
   katlynbrady@ag.nv.gov
6  *Attorneys for Defendants*
   *James Dzurenda, Brian Williams,*
7  *and Perry Russell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER, | CASE NO. 2:17-cv-02429-JAD-GWF |
| Plaintiff, | |
| vs. | **MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT INTERIM STATUS REPORT (FIRST REQUEST)** |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Defendants, James Dzurenda, Brian Williams, and Perry Russell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Katlyn M. Brady, Deputy Attorney General, requests this Court grant a fourteen (14) day extension of time to file a joint interim status report.

This Court should grant Defendants' motion for an extension of time to file a joint status report. To date, Defendants have not received any information from Plaintiff regarding the estimated trial length or trial availability. Undersigned counsel is in the process of arranging a telephonic meeting to discuss this information. Accordingly, Defendants request a short extension to file the joint interim status report.

**I.    BACKGROUND**

On August 27, 2019, this Court entered a scheduling order. ECF No. 18. The Court ordered the parties to submit an Interim Status Report on or before December 19, 2019. *Id.* To date, Plaintiff has not contacted undersigned counsel to provide the necessary

information or discuss the possibility of using the Short Trial Program. *See* Declaration of Counsel, attached as Exhibit A. Accordingly, undersigned counsel is in the process of arranging a telephonic conference to discuss these issues. *Id.* However, the conference cannot be completed before the December 19, 2019, deadline.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), this Court may extend the time to perform an act within a specific time for good cause shown.

## III. LEGAL ARGUMENT

This Court should grant Defendants' motion to extend the deadline to file a Joint Interim Status Report. To date, Plaintiff has not contacted undersigned counsel to prepare a Joint Interim Status Report. Accordingly, undersigned counsel is in the process of arranging a telephonic meeting to discuss the Joint Interim Trial Report. Good cause exists to extend the deadline based on the parties' inability to meet concerning this filing. Defendants therefore request this Court grant the parties until January 2, 2020 to file a Joint Interim Status Report.

## IV. CONCLUSION

This Court should grant an extension of deadline to file a Joint Interim Status Report. Counsel is diligently working to complete the Joint Interim Status report, but has been unable to do so.

DATED this 19th day of December, 2019.

Respectfully submitted,

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
Katlyn M. Brady (Bar No. 14173)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: December 23, 2019