UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDYN GAYLER,<br><br>  Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.,*<br><br>  Defendants. | Case No. 2:17-CV-02429-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion to Strike Plaintiff's Discovery Filings (ECF No. 25). The Court has considered Defendants' Motion and Plaintiff's Opposition (ECF No. 27) and finds as follows.

Defendants explain that pursuant to Local Rule 26-8, Plaintiff erroneously filed his responses to Defendants' discovery requests with the Court. Defendants, by virtue of the content of their Motion, have received these responses. Therefore, ECF No. 24, Plaintiff's Answer to Interrogatories, can be struck.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Strike (ECF No. 25) is GRANTED and ECF No. 24 shall be struck from the record.

DATED: February 24, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1