UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRANDYN GAYLER, | Case No. 2:17-cv-02429-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Reschedule Mandatory Settlement Conference (ECF No. 45). Plaintiff seeks to reschedule the mandatory settlement conference because he anticipates being released from incarceration on January 24, 2022. *Id.*

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Reschedule Mandatory Settlement Conference (ECF No. 45) is GRANTED.

IT IS FURTHER ORDERED that the mandatory settlement conference currently set for January 21, 2022, is VACATED.

IT IS FURTHER ORDERED that Plaintiff shall file a notice of change of address, email address, and current telephone number, within fifteen (15) days of his release from incarceration.

IT IS FURTHER ORDERED that the mandatory settlement conference will be set once the Court receives Plaintiff's change of address.

DATED this 7th day of October, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE