ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
**THE VIEIRA FIRM, PLLC**
3100 W. Charleston Blvd., Ste. 200
Las Vegas, NV 89102
Telephone: (702) 793-3160
Facsimile:  (702) 637-4722
Email: Andrea@TheVieiraFirm.com
*Court Appointed Pro Bono Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDYN GAYLER,<br><br>                        Plaintiff,<br>vs.<br><br>HIGH DESERT STATE PRISON, et al.<br><br>                        Defendant. | **CASE NO.**:   2:17-cv-02429-JAD-EJY |

**STIPULATION AND ORDER TO CONTINUE
MANDATORY SETTLEMENT CONFERENCE**
**(Third Request)**

WHEREAS, on March 31, 2022, Andréa L. Vieira, Esq. was appointed as pro bono counsel for Plaintiff, BRANDYN GAYLER (ECF No. 54).

WHEREAS, on April 23, 2022, Plaintiff BRANDYN GAYLER, and through his pro bono counsel filed a Motion to Reopen Discovery (ECF No. 55), which is currently pending decision by the Court.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BRANDYN GAYLER (hereinafter "Plaintiff") by and through his counsel of record, Andréa L. Vieira, Esq. of The Vieira Firm, and Defendants ALEXIS LOZANO, PERRY RUSSELL, and DAVID TRISTAN (hereinafter collectively "Defendants"), by and through their counsel of record, Aaron D. Ford, Esq. Attorney General for the State of Nevada, and Austin T. Barnum, Esq., Deputy Attorney General, pursuant to LR 7-1, LR IA 6-1 and LR IA 6-2, that the Mandatory Settlement

Conference currently set for May 6, 2022 along with the deadline for the parties to submit the confidential settlement conference statement with exhibits, currently set for April 29, 2022 (ECF No. 53), be continued to another date and time to allow time for the Court to rule on Plaintiff's Motion to Reopen Discovery.

DATED this _____ day of April, 2022.                DATED this _____ day of April, 2022.

**THE VIEIRA FIRM, PLLC**                            **STATE OF NEVADA**
                                                     **OFFICE OF THE ATTORNEY GENERAL**

By:   /s/ Andréa L. Vieira                           By:   /s/ Austin T. Barnum
    ANDRÉA L. VIEIRA, ESQ.                         AARON D. FORD, ESQ.
    Nevada Bar No. 15667                            Attorney General
    3100 W. Charleston Blvd., Ste. 200              AUSTIN T. BARNUM, ESQ.
    Las Vegas, NV 89102                             Nevada Bar No. 15174
    Telephone: (702) 793-3160                       Deputy Attorney General
    Email: Andrea@TheVieiraFirm.com                 555 East Washington Ave., #3900
    *Attorney for Plaintiff*                        Las Vegas, Nevada 89101
                                                    Telephone: (702) 486-0661
                                                    E-mail: abarnum@ag.nv.gov
                                                    *Attorneys for Defendants Alexis Lozano,*
                                                    *Perry Russell, and David Tristan*

**IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Mandatory Settlement Conference (ECF No. 56) is **GRANTED.**

**IT IS FURTHER ORDERED** that the zoom settlement conference currently set for May 6, 2022 is vacated and rescheduled to July 12, 2022, commencing at 9:00 a.m. via the zoom video conference platform. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on July 5, 2022 at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The courtroom deputy shall email all participants the Zoom link.

**IT IS FURTHER ORDERED** that the confidential settlement conference statements, with exhibits, shall be delivered electronically to Emily_Santiago@nvd.uscourts.gov by 3:00 p.m. on July 5, 2022.

                                                **U.S. MAGISTRATE JUDGE**

                                               **Dated:  April 27, 2022**

2