UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRANDYN GAYLER,

          Plaintiff,

v.

HIGH DESERT STATE PRISON, *et al.*,

          Defendants.

Case No. 2:17-cv-02429-JAD-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion to Re-Open Discovery (ECF No. 55) filed on April 23, 2022. No response to this Motion was filed.

United States District Court for the District of Nevada, Local Rule 7-2(d) allows the Court to treat an opposing party's failure to oppose a motion as consent to granting the motion. The Court finds that Defendants' failure to oppose the Motion, together with the Plaintiff's reasons for reopening discovery as sufficient to establish good cause and excusable neglect—standards applicable to the request to reopen discovery.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Re-Open Discovery (ECF NO. 55) is GRANTED.

IT IS FURTHER ORDERED that the reopened period of discovery shall commence on today's date and run for a period of **60 days**.

IT IS FURTHER ORDERED that the settlement conference set for June 30, 2022 is vacated and reset for **July 19, 2022**. Confidential settlement conference statements, with exhibits, shall be delivered electronically to Emily_Santiago@nvd.uscourts.gov by 3:00 p.m. on **July 12, 2022**.

DATED this 9th day of May, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE