ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
**THE VIEIRA FIRM, PLLC**
3100 W. Charleston Blvd., Ste. 200
Las Vegas, NV 89102
Telephone: (702) 793-3160
Facsimile:  (702) 637-4722
Email: Andrea@TheVieiraFirm.com
*Court Appointed Pro Bono Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRANDYN GAYLER,

                 Plaintiff,

vs.

HIGH DESERT STATE PRISON, et al.

                 Defendant.

**CASE NO.:**   2:17-cv-02429-JAD-EJY

<u>**STIPULATION AND ORDER TO CONTINUE
MANDATORY SETTLEMENT CONFERENCE**</u>
**(Fourth Request)**

WHEREAS, on March 31, 2022, Andréa L. Vieira, Esq. was appointed as pro bono counsel for Plaintiff, BRANDYN GAYLER (ECF No. 54).

WHEREAS, on May 25, 2022, the Court granted in part and denied in part (ECF No. 64) Plaintiff's Motion to Reopen Discovery (ECF No. 55).

WHEREAS the Court ordered that limited discovery in this matter will be allowed for a period of 90 days, and the close of discovery is now set of August 23, 2022 (ECF No. 64).

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BRANDYN GAYLER (hereinafter "Plaintiff") by and through his counsel of record, Andréa L. Vieira, Esq. of The Vieira Firm, and Defendants ALEXIS LOZANO, PERRY RUSSELL, and DAVID TRISTAN (hereinafter collectively "Defendants"), by and through their counsel of record, Aaron D. Ford, Esq., Attorney General for the State of Nevada, and Austin T. Barnum, Esq., Deputy

1

Attorney General, pursuant to LR 7-1, LR IA 6-1 and LR IA 6-2, that the Mandatory Settlement Conference currently set for July 19, 2022 (ECF No. 62), along with the associated deadline for the parties to submit the confidential settlement conference statement with exhibits, be continued to another date and time after August 23, 2022, to allow time for the parties to participate in the limited discovery ordered by the Court.

DATED this __1st__ day of June, 2022.         DATED this __1st__ day of June, 2022.

**THE VIEIRA FIRM, PLLC**                     **STATE OF NEVADA**
                                              **OFFICE OF THE ATTORNEY GENERAL**

By:  _/s/ Andréa L. Vieira_                   By:  _/s/ Austin T. Barnum_
    ANDRÉA L. VIEIRA, ESQ.              AARON D. FORD, ESQ.
    Nevada Bar No. 15667                    Attorney General
    3100 W. Charleston Blvd., Ste. 200      AUSTIN T. BARNUM, ESQ.
    Las Vegas, NV 89102                     Nevada Bar No. 15174
    Telephone: (702) 793-3160               Deputy Attorney General
    Email: Andrea@TheVieiraFirm.com         555 East Washington Ave., #3900
    *Court Appointed Pro Bono Attorney*      Las Vegas, Nevada 89101
    *for Plaintiff*                         Telephone: (702) 486-0661
                                                  E-mail: abarnum@ag.nv.gov
                                                  *Attorneys for Defendants Alexis Lozano,*
                                                  *Perry Russell, and David Tristan*

**IT IS HEREBY ORDERED that the Stipulation and Order to Continue Mandatory Settlement Conference (ECF No. 65) is GRANTED.**

**IT IS FURTHER ORDERED that the zoom settlement conference currently set for July 19, 2022 is vacated and rescheduled to September 20, 2022 at 9:00 a.m. The parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on September 16, 2022 at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants. The Courtroom Deputy shall email all participants the zoom link.**

**IT IS FURTHER ORDERED that the confidential settlement conference statements, with exhibits, shall be delivered electronically to Emily_Santiago@nvd.uscourts.gov by 3:00 p.m. on September 13, 2022.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:  June 1, 2022**