1  AARON D. FORD
     Nevada Attorney General
2  AUSTIN T. BARNUM (Bar No. 15174)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, NV 89101
5  Telephone: (702) 486-0661
   Facsimile:  (702) 486-3773
6  E-Mail: abarnum@ag.nv.gov

7  *Attorneys for Defendants*
   *Alexis Lozano, Perry Russell,*
8  *and David Tristan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-02429-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**ECF No. 74** |

Plaintiff Brandyn Gayler, by and through counsel, Andrea Vieira, Esq., and Defendants, Alexis Lozano, Perry Russell, and David Tristan, by and through counsel, Aaron D. Ford Attorney General for the State of Nevada, and Austin T. Barnum, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this case with prejudice. Each party is to bear its own fees and costs.

/ / /

/ / /

/ / /

Parties have resolved this matter in its entirety and the Court may accordingly close the case.  Any outstanding deadlines are considered moot.

DATED this 18 day of November 2022.  DATED this 18 day of November 2022

|  | AARON D. FORD |
|---|---|
|  | Attorney General |

By: /s/ Andrea L. Vieira                By: /s/ Austin T. Barnum

ANDRÉA L. VIEIRA, ESQ.                AUSTIN T. BARNUM, Bar No. 15174
Nevada Bar No. 15667                  Senior Deputy Attorney General
**THE VIEIRA FIRM, PLLC**             Attorneys for Defendants
3100 W. Charleston Blvd., Ste. 200
Las Vegas, NV 89102
Telephone: (702) 793-3160
Facsimile: (702) 637-4722
Email: Andrea@TheVieiraFirm.com
*Court Appointed Pro Bono Counsel for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 74] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and  CLOSE THIS CASE.

**U.S. DISTRICT JUDGE**
**DATED:** 11-21-22